IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RUSSELL D. KNOWLES, individually and as attorney in fact for Bernard A. Knowles, on behalf of himself and all others similarly situated; and BERNARD A. KNOWLES, through his attorney-in-fact Russell d. Knowles, on behalf of himself and all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>TD AMERITRADE HOLDING CORPORATION, TD AMERITRADE, INC., TD AMERITRADE CLEARING, INC., and TD AMERITRADE INVESTMENT MANAGEMENT, LLC,<br><br>Defendants. | 8:19CV47<br><br>**JUDGMENT** |

Judgment is entered in favor of defendants TD Ameritrade Holding Corporation, TD Ameritrade, Inc., TD Ameritrade Clearing, Inc., and TD Ameritrade Investment Management, LLC and against plaintiffs Russell D. Knowles and Bernard A. Knowles. This case is dismissed with prejudice.

Dated this 15th day of November 2019.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge