# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 19-3684

_____

Russell D. Knowles, individually and as attorney-in-fact and personal representative of the estate of Bernard A. Knowles, on behalf of themselves and all others similarly situated.

Plaintiffs - Appellants

v.

TD Ameritrade Holding Corporation; TD Ameritrade; TD Ameritrade Clearing, Inc.; TD Ameritrade Investment Management, L.L.C.

Defendants - Appellees

_____

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:19-cv-00047-RFR)
_____

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

June 24, 2021

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
    /s/ Michael E. Gans