# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-3684

Russell D. Knowles, individually and as attorney-in-fact and personal representative of the estate of Bernard A. Knowles, on behalf of themselves and all others similarly situated.

Appellant

v.

TD Ameritrade Holding Corporation, et al.

Appellees

_____

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:19-cv-00047-RFR)

_____

**MANDATE**

In accordance with the opinion and judgment of 06/24/2021, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

August 20, 2021

Clerk, U.S. Court of Appeals, Eighth Circuit